[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-15403

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 23, 2012
JOHN LEY
CLERK

D.C. Docket No. 1:99-cv-00672-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAIME GONZALEZ,
MARIA ELENA GONZALEZ,

Defendants-Appellants.

_____

No. 10-15404

_____

D.C. Docket No. 1:99-cv-00669-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

SIGMA LAND CORPORATION,

Defendant-Appellant.

_____

No. 10-15419

_____

D.C. Docket No. 1:00-cv-03983-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

UNION FOUR CORPORATION, S.A.,

Defendant-Appellant.

_____

No. 10-15422

_____

D.C. Docket No. 1:96-cv-01813-FAM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MONTEGO LAND CORPORATION,

2

a Florida corporation,

Defendant-Appellant.

_____

Appeals from the United States District Court
for the Southern District of Florida
_____

(April 23, 2012)

Before HULL and FAY, Circuit Judges, and WALTER,[*] District Judge.

PER CURIAM:

In these consolidated appeals, several landowners appeal the district court's judgments and fair-market-value findings in the government's condemnation claims for land used to expand Everglades National Park. After review and with the benefit of oral argument, we conclude that the district court properly rejected the Land Commission's application of a 5% annual appreciation in the value of the recreational parcels. We also conclude that the district court properly rejected the Land Commission's "summation approach" to valuing the parcel at issue in Appeal No. 10-15422. Finally, we conclude that the district court did not abuse its discretion by enforcing its pretrial order and refusing to extend the discovery deadline or to continue the trial before the Land Commission. Accordingly, we

_____

[*]Honorable Donald E. Walter, United States District Judge for the Western District of Louisiana, sitting by designation.

affirm the judgments of the district court and its September 22, 2010 orders, which adopted the thorough and well reasoned report and recommendation of the magistrate judge.

**AFFIRMED.**